474 A.2d 653

Commonwealth v. Harris, Appellant.

Submitted November 18, 1983.  Richard B. Moore, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.